**Brandon ROBERTS, Plaintiff–Appellant,**

v.

**Christopher McKENZIE, CO II; Michael J. Stouffer, Commissioner; John Rowley, Former Warden; Justin Adam, CO II; Bradley Wilt, Lt.; Thomas Dorcun, CO II; John Doe 1; John Doe 2, CO II, Defendants–Appellees.**

No. 13–7194.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2014.

Decided: April 15, 2014.

Brandon Roberts, Appellant Pro Se. Dorianne Avery Meloy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Roberts appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. McKenzie*, No. 8:12–cv–02474–AW, 2013 WL 3179102 (D.Md. June 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED.*